Received at: 12:30PM, 3/16/2007

MAR-16-2007  12:29       WHITE&CASE                              2136870758    P.02

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Ministry of Justice of Georgia,<br><br>Petitioner,<br><br>v.<br><br>DAV Business International, Inc., Mikhail Tchkhikvichvili, Klaudia Tchkhikvichvili, Dmitry Guy, Nino Kapanadze, Vladimir Zadorski and Alexandre Gotsiridze,<br><br>Respondents. | Case No. 07CV 465 IEG WMC<br><br>[PROPOSED] ORDER GRANTING PETITION FOR PERMISSION TO SERVE DISCOVERY IN AID OF FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. 1782 |

THIS CAUSE, came before the Court on April 30, 2007, on Petitioner Ministry of Justice of Georgia's Petition for Discovery in Aid of Foreign Proceedings Pursuant to 28 U.S.C. 1782, and the Court having reviewed the said Petition and being otherwise apprised in the premises, it is hereby

ORDERED AND ADJUDGED that said Petition is GRANTED.

WHITE & CASE, LLP is hereby granted permission by the District Court for the Southern District of California to serve on Respondents subpoenas for production of documents and for appearance at depositions.

ORDERED in the Southern District of California this 26th day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF CALIFORNA

- 1 -

[PROPOSED] ORDER GRANTING PETITION FOR DISCOVERY IN AID OF FOREIGN PROCEEDINGS